■ John M. Webb et al., Appellants, v. Francis M. Hudson, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

# (March 30, 1960)

■ In the Matter of the Claim of Bertha Shotkin, Respondent. Martin P. Catherwood, as State Industrial Commissioner, Appellant.— Motion by Robert L. Harder, Esq., as attorney assigned to represent the claimant-respondent on this appeal, for an order fixing his fees and disbursements. Motion granted and fees are fixed in the sum of $150 and disbursements in the sum of $25. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ Mabel Baker Thorn, Respondent, v. State of New York, Appellant.— At the request of the moving party, the motion to dismiss the appeal heretofore made, is withdrawn, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of Martin Sostre, Appellant, against J. Edwin La Vallee, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ The People of the State of New York ex rel. Michael J. Roche, Appellant, against Supreme Court, Clinton County, et al., Respondents.— Motion for assignment of counsel and for other relief denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.